[No. 44500-0-II.   Division Two.   July 1, 2014.]

*In the Matter of the Detention of* TODD M. PLACE.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-01303-1, Erik D. Price, J., entered February 8, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 44773-8-II.   Division Two.   July 1, 2014.]

FORD MOTOR CREDIT, *Respondent*, v. RAYMOND BRENNEMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-02631-1, Kevin D. Hull, J., entered March 27, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 30721-2-III.   Division Three.   July 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN ROBERT TREVINO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00126-5, Vic L. VanderSchoor, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 30765-4-III.   Division Three.   July 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MELODY LYNN WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-00053-5, Tari S. Eitzen, J., entered April 6, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ. Now published at 183 Wn. App. 719.